Cecil A. Caplow, Appellee, v. Maxine M. Hershon, Appellant.

Gen. No. 43,717.

opinion filed May 7, 1947; rehearing denied May 22, 1947; released for publication May 22, 1947. Myer H. Gladstone, for appellant; Dempsey, Mills & Casey, for appellee; Lawrence C. Mills, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.

William E. Decker, Administrator of Estate of Irene Sekura, Deceased, Appellee, v. Michael Sekura, Appellant.

Gen. No. 43,859.

opinion filed May 7, 1947; rehearing denied May 22, 1947; released for publication May 22, 1947. Stephen Lee and Vincent G. Ponic, for appellant; Clarence W. Shaver, for appellee; Louis E. Levinson, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.